## MONTEMAT v. JOHNSON.

No. 3698.   Opinion Filed June 23, 1914.

(141 Pac. 779.)

**APPEAL AND ERROR**—Dismissal—Insufficient Record.   For syllabus see *Brooks et al. v. United Mine Workers of America et al.*, 36 Okla. 109, 128 Pac. 236.

(Syllabus by Rittenhouse, C.)

*Error from County Court; Sequoyah County; W. N. Littlejohn, Judge.*

Action by J. E. Montemat against T. S. Johnson, administrator of J. W. Hunt. Judgment for defendant, and plaintiff brings error. Dismissed.

*L. C. McNabb,* for plaintiff in error.

*Curtis & Pitchford,* for defendant in error.

Opinion by RITTENHOUSE, C.   There are no questions presented which could be raised on a transcript, and, as the case-

made was not filed in the court below, nor the certificate of the judge attested by the clerk, and the seal of the court attached, as provided by section 6074, Comp. Laws 1909 (Rev. Laws 1910, sec. 5242), the appeal should be dismissed.

By the Court: It is so ordered.